```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

AUDRA KOHOUT                       *        CIVIL ACTION

VERSUS                             *        NO: 07-5272

FEDERAL EMERGENCY MANAGEMENT       *        SECTION: "D"(4)
AGENCY, NATIONAL FLOOD
INSURANCE PROGRAM, ET AL
```

### ORDER AND REASONS

Before the court is the **"Motion to Dismiss"** (Doc. No. 3) filed by Defendants, the Federal Emergency Management Agency and the National Flood Insurance Program. ***No memorandum in opposition was filed.*** The motion, set for hearing on Wednesday, January 16, 2008, is before the court on Defendants' brief, without oral argument.

Having considered the memorandum of Defendants' counsel, the record, and the applicable law, the court finds that neither the Federal Emergency Management Agency (FEMA) nor the National Flood Insurance Program issued the subject Standard Flood Insurance

Policy.[1]  Rather, Plaintiff's flood policy was issued by Fidelity National Insurance Company, a Write-Your-Own (WYO) company participating in the National Flood Insurance Program.  (*See* Declaration of Carolyn McGill, Insurance Examiner for FEMA, Doc. 3-3 at ¶6).  Further, FEMA did not participate in the decision to deny Plaintiff's claim as a result of the alleged flood loss on August 29, 2005.  (*Id*. at ¶8).

Thus, the Plaintiff has no basis to bring her claims against FEMA and the National Flood Insurance Program, and the court **GRANTS** these Defendants' **"Motion to Dismiss"** (Doc. No. 3), dismissing Plaintiff's claims against them.

New Orleans, Louisiana, this **16th** day of **January**, **2008**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[1] On January 3, 2008, Plaintiff filed her "First Amended Petition for Damages" naming Fidelity National Insurance Company as an additional Defendant. (*See* Doc. No. 4, Plaintiff's First Amended Petition for Damages).